

United States District Court
Eastern District of California

| Aaron Young |
| --- |

Plaintiff(s)

Case Number: | 2:24-CV-00306-JAM-CSK |

V.

| United Parcel Service, Inc. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kristin Berger Parker

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

United Parcel Service, Inc.

On _____10/31/2008_____ (date), I was admitted to practice and presently in good standing in the

_____Minnesota Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

N/A

Date: _____07/12/2024_____      Signature of Applicant: /s/ Kristin Berger Parker

**Pro Hac Vice Attorney**

Applicant's Name:          Kristin Berger Parker

Law Firm Name:             Jones Day

Address:                   90 South Seventh Street

                           Suite 4950

City:                      Minneapolis          State:  MN    Zip:  55402

Phone Number w/Area Code:  (612) 217-8800

City and State of Residence:  Minneapolis, MN

Primary E-mail Address:    kparker@jonesday.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Renee Pauline Perez

Law Firm Name:             Jones Day

Address:                   555 California Street

                           26th Floor

City:                      San Francisco        State:  CA    Zip:  94104

Phone Number w/Area Code:  (415) 626-3939       Bar #  339045

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  August 07, 2024                    /s/ John A. Mendez

                                           JUDGE, U.S. DISTRICT COURT