1  JONES DAY
   Kristin Berger Parker, *Admitted Pro Hac Vice*
2  kparker@jonesday.com
   90 South Seventh Street, Suite 4950
3  Minneapolis, MN  55402
   Telephone:     +1.612.217.8800
4  Facsimile:     +1.844.345.3178

5  JONES DAY
   Renee Pauline T. Perez, Bar No. 339045
6  rpperez@jonesday.com
   Eli W. Rubenstein, Bar No. 353238
7  erubenstein@jonesday.com
   555 California Street, 26th Floor
8  San Francisco, California  94104
   Telephone:     +1.415.626.3939
9  Facsimile:     +1.415.875.5700

10 Attorney for Defendant
   UNITED PARCEL SERVICE, INC.
11

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| 15 | **AARON YOUNG,** | **Case No. 2:24-cv-00306-JAM-CSK** |
|----|------------------|-------------------------------------|
| 16 | **Plaintiff,** | **ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT UNITED PARCEL SERVICE, INC. (ECF No. 15)** |
| 17 | v. | |
| 18 | **UNITED PARCEL SERVICE, INC. a corporation,** | Judge:   Honorable John A. Mendez |
| 19 | | Dept:    Courtroom 6, 14th Floor |
|    | **Defendant.** | Complaint Filed:   January 24, 2024 |
| 20 | | |

1  This cause is before the Court on Motion to Withdraw as Counsel for Defendant UNITED
2  PARCEL SERVICE, INC.
3  The Court, being duly advised, hereby **GRANTS** said Motion withdrawing attorney
4  Renee Pauline T. Perez from this action.

Dated: August 23, 2024            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE