R. SCOTT ERLEWINE (State Bar No. 095106)
KYLE P. O'MALLEY (State Bar No. 330184)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:          415-398-0911
Email:       rse@phillaw.com
                 kpo@phillaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON YOUNG,<br><br>                               Plaintiff,<br>v.<br><br>UNITED PARCEL SERVICE,<br>INC., a corporation,<br><br>                               Defendant. | Case No: 24-cv-00306-JAM-CSK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (ECF No. 17)** |

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA   94129
Telephone:  (415) 398-0900

1

2     This cause is before the Court on Motion to Withdraw as Counsel for
Plaintiff Aaron Young.

3     The Court, being duly advised, hereby **GRANTS** said Motion withdrawing

4 attorney Kyle P. O'Malley <u>only</u> from this action.

5     IT IS SO ORDERED.

6

7   Dated: September 09, 2024      /s/ John A. Mendez

8                                         THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE
9

10

11

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER RE MOTION TO WITHDRAW AS COUNSEL — Case No. 24-cv-00306-JAM-CSK**

2