JONES DAY
Kristin B. Parker (*pro hac vice*)
kparker@jonesday.com
90 South Seventh Street
Suite 4950
Minneapolis, Minnesota  55402
Telephone:  +1.612.217.8800
Facsimile:    +1.844.345.3178

JONES DAY
Eli W. Rubenstein, Bar No. 353238
erubenstein@jonesday.com
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:  +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

PHILLIPS, ERLEWINE, GIVEN &
CARLIN LLP
R. Scott Erlewine (State Bar No. 95106)
rse@phillaw.com
39 Mesa Street, Suite 201
San Francisco, California 94104
Telephone: +1.415.398.0900

Attorneys for Plaintiff
AARON YOUNG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON YOUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>  Defendant. | Case No. 2:24-cv-00306-JAM-CSK<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff Aaron Young ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate and request the following:

WHEREAS, the Court entered a Pretrial Scheduling Order on April 2, 2024, ECF No. 10 ("Order");

WHEREAS, the Parties have diligently engaged in discovery under the current Order;

WHEREAS, the Parties wish to engage in ADR, specifically a private mediation, to explore the potential resolution of Plaintiff's claims;

WHEREAS, the Parties are diligently working to select a mutually agreeable mediator and mediation date;

WHEREAS, to allow the Parties sufficient time to engage in ADR prior to incurring significant additional litigation costs and expenses, the parties request a continuance of the jury trial date and certain other pretrial deadlines described below;

WHEREAS, this is the first continuance of the trial date requested by the parties; and

NOW THEREFORE, the parties agree to extend the Order's pretrial deadlines as follows:

1. Discovery Completion:                              July 25, 2025
2. Expert Witness Disclosures:                        May 30, 2025
3. Supplemental and Rebuttal Expert Disclosures:      June 13, 2025
4. Dispositive motions filed by:                      September 12, 2025
5. Hearing on dispositive motions:                    November 25, 2025
6. Joint Pretrial Statement:                          January 9, 2026
7. Final Pretrial Conference:                         January 16, 2026 at 10:00 a.m.
8. Jury Trial:                                        March 2, 2026 at 9:00 a.m.

1  **IT IS SO STIPULATED**.

2

3  DATED: February 4, 2025           PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

4

5

6                                    By: */s/ R. Scott Erlewine (as authorized on 2/4/2025)*
                                         R. Scott Erlewine
7                                        Attorney for Plaintiff

8

9  DATED:  February 4, 2025          JONES DAY

10

11                                   By: */s/ Eli W. Rubenstein*
                                         Eli W. Rubenstein
12                                       Attorney for Defendant

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

1. Discovery Completion: **July 25, 2025**
2. Expert Witness Disclosures: **May 30, 2025**
3. Supplemental and Rebuttal Expert Disclosures: **June 13, 2025**
4. Dispositive motions filed by: **September 12, 2025**
5. Hearing on dispositive motions: **December 09, 2025, at 01:00 p.m.**
6. Joint Pretrial Statement: **January 16, 2026**
7. Final Pretrial Conference: **January 23, 2026, at 10:00 a.m.**
8. Jury Trial (4-10 Days): **March 09, 2026, at 9:00 a.m.**

All other instructions contained in the April 01, 2024 Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

**IT IS SO ORDERED**.

Dated: February 06, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE