JONES DAY
Kristin B. Parker (*pro hac vice*)
kparker@jonesday.com
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178

JONES DAY
Alexandra H. Mills (State Bar No. 345837)
ahmills@jonesday.com
Eli W. Rubenstein (State Bar No. 353238)
erubenstein@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON YOUNG, | Case No. 2:24-cv-00306-JAM-CSK |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW ELI W. RUBENSTEIN AS COUNSEL FOR DEFENDANT UNITED PARCEL SERVICE, INC. (ECF No. 24)** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | Judge: Honorable John A. Mendez |
| | Dept: Courtroom 6, 14th Floor |
| | Complaint Filed: January 24, 2024 |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel for Defendant United Parcel Service, Inc., and being duly advised, the Court hereby **GRANTS** said Motion withdrawing attorney Eli W. Rubenstein from this action.

IT IS SO ORDERED.

Dated: February 26, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE