JONES DAY
Kristin B. Parker (pro hac vice)
kparker@jonesday.com
Bayley F. Johnson (pro hac vice)
bfjohnson@jonesday.com
90 South Seventh Street
Suite 4950
Minneapolis, Minnesota  55402
Telephone:  +1.612.217.8800
Facsimile:   +1.844.345.3178

JONES DAY
Alexandra H. Mills, Bar No. 345837
ahmills@jonesday.com

555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939
Facsimile:  +1.415.875.5700

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

PHILLIPS, ERLEWINE, GIVEN &
CARLIN LLP
R. Scott Erlewine (State Bar No. 95106)
rse@phillaw.com
39 Mesa Street, Suite 201
San Francisco, California 94104
Telephone: +1.415.398.0900

Attorneys for Plaintiff
AARON YOUNG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON YOUNG,<br>　　　　　Plaintiff,<br>　v.<br>UNITED PARCEL SERVICE, INC.,<br>　　　　　Defendant. | Case No. 2:24-cv-00306-JAM-CSK<br><br>**SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff Aaron Young ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate and request the following:

WHEREAS, the Court entered a Pretrial Scheduling Order on April 2, 2024, ECF No. 10 ("Order");

WHEREAS, the Court entered an Order Modifying Pretrial Scheduling Order on February 7, 2025, ECF No. 22 ("Modified Order"), to permit the Parties sufficient time to engage in ADR prior to incurring significant additional litigation costs and expenses and to explore the potential resolution of Plaintiff's claims;

WHEREAS, the Parties participated in a full day mediation on April 28, 2025 and are continuing to engage in settlement discussions via the mediator;

WHEREAS, the Parties have diligently engaged in discovery under the Order and Modified Order;

WHEREAS, to permit the Parties sufficient time to continue settlement discussions prior to incurring significant additional litigation costs and expenses, the Parties request a 30-day continuance of the deadlines to designate experts, complete discovery, and file dispositive motions in the Modified Order;

WHEREAS, the requested extensions will not affect the date to hear dispositive motions, trial date or other pretrial dates in the Modified Order;

NOW THEREFORE, the Parties agree to extend the following pretrial deadlines in the Modified Order as follows:

1. Discovery Completion:                                          August 25, 2025
2. Expert Witness Disclosures:                                    June 30, 2025
3. Supplemental and Rebuttal Expert Disclosures:                  July 14, 2025
4. Dispositive Motions Filed By:                                  October 13, 2025

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Telephone: (415) 398-0900

**IT IS SO STIPULATED**.

DATED: May 22, 2025                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                       By: */s/ R. Scott Erlewine*
                                           R. Scott Erlewine
                                           Attorney for Plaintiff


DATED: May 22, 2025                    JONES DAY


                                       By: */s/ Kristin B. Parker*
                                           Kristin B. Parker
                                           Attorney for Defendant

## SECOND MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Discovery Completion | **08/25/2025** |
| Disclosure of Expert(s) Deadline | **06/30/2025** |
| Supplemental Disclosure Deadline | **07/14/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **10/13/2025** |
| Dispositive Motion Hearing | As previously scheduled, **12/09/2025, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | As previously scheduled, **01/23/2026, at 10:00 a.m.** |
| Jury Trial (4 -10 Days) | As previously scheduled, **03/09/2026, at 9:00 a.m.** |

All other instructions contained in the April 01, 2024 Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

**IT IS SO ORDERED**.

Dated: May 22, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone: (415) 398-0900